**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Sustainable Restaurant Holdings, Inc., et al., [1] | ) | Case No. 20-11087 (JTD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Related to Docket Nos. 70, 99, and 121 |

**NOTICE OF CANCELLATION OF AUCTION AND DESIGNATION
OF STALKING HORSE BIDDER AS THE PURCHASER IN CONNECTION WITH
THE SALE OF THE DEBTORS' ASSETS PURSUANT TO CHAPTER 11 PLAN**[2]

PLEASE TAKE NOTICE that on January 27, 2020, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") the *Joint Chapter 11 Plan of Sustainable Restaurant Holdings, Inc., and Its Debtor Affiliates* [Docket No. 70] (as may be modified, amended, or supplemented from time to time, the "Plan").

PLEASE TAKE FURTHER NOTICE that on May 29, 2020, the Debtors filed the *Debtors' Motion for Entry of an Order (I) Approving the Bidding Procedures for Plan Sponsors (II)*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: Sustainable Restaurant Holdings, Inc. (6430); SRG Operations, LLC (0486); Quickfish LLC (7391); Bamboo Sushi, LLC (9009); Quickfish Pearl District LLC (9060); Quickfish SW Stark, LLC (1879); Quickfish Slabtown LLC (7391); Quickfish Avanti (Bamboo Sushi Avanti, LLC) (9009); Bamboo Sushi NE Alberta, LLC (7610); Bamboo Sushi Lake Oswego, LLC (9484); Bamboo Sushi SW 12th, LLC (7382); Bamboo Sushi Denver Lo-Hi, LLC (4045); Bamboo Sushi NW 23rd, LLC (1361); Bamboo Sushi Seattle Cap Hill, LLC (9009); Bamboo Sushi U Village Seattle, LLC (9052); Bamboo Sushi Embarcadero SF, LLC (5837); Bamboo Sushi Bishop Ranch, LLC (3763); Bamboo Sushi Kierland Scottsdale, LLC (0483); Bamboo Sushi Commissary Kitchen, LLC (2194); Bamboo Sushi Biltmore Phoenix, LLC (9412); Bamboo Sushi Valley Fair, LLC (2887); Bamboo Sushi Washington Square, LLC (5066). The Debtors' headquarters address is: 920 SW 6th Avenue, Suite 1200, Portland, OR 97204 and mailing address is: PO Box 3347, Portland, OR 97208. The Debtors operate restaurants under the following names: Bamboo Sushi and Quickfish.

[2] This Notice is subject to the full terms and conditions of the Plan, the Bidding Procedures Order, and the Bidding Procedures, which shall control in the event of any conflict. The Debtors encourage parties in interest to review such documents in their entirety and consult an attorney if they have questions or want advice.

*Scheduling the Bid Deadline and the Auction, (III) Approving the Form and Manner of Notice Thereof, and (IV) Granting Related Relief* [Docket No. 60] (the "Bidding Procedures Motion").

PLEASE TAKE FURTHER NOTICE that on June 19, 2020, the Bankruptcy Court entered the *Order (I) Approving the Bidding Procedures for Plan Sponsors (II) Scheduling the Bid Deadline and the Auction, (III) Approving the Form and Manner of Notice Thereof, and (IV) Granting Related Relief* [Docket No. 99] (the "Bidding Procedures Order") which set the Bid Deadline as July 8, 2020 at 4:00 p.m. prevailing Eastern Time and, in the event of the receipt of a Qualified Bid, scheduled the Auction for July 10, 2020 at 10:00 a.m. prevailing Eastern Time (the "Auction").

PLEASE TAKE FURTHER NOTICE that on June 29, 2020 the Debtors filed the *Debtors' Motion for Entry of an Order (I) Approving Certain Bidding Protections in Connection with the Sale of the Debtors' Assets and (II) Granting Related Relief* [Docket No. 112] (the "Bidding Protections Motion").

PLEASE TAKE FURTHER NOTICE that on June 30, 2020 the Bankruptcy Court entered the *Order (I) Approving Certain Bidding Protections in Connection with the Sale of the Debtors' Assets and (II) Granting Related Relief* [Docket No. 121] the "Bidding Protections Order")

PLEASE FURTHER TAKE NOTICE that the Debtors did not receive any Qualified Bids (other than the Qualified Bid submitted by the Stalking Horse Bidder pursuant to the Stalking Horse Agreement) prior to the Bid Deadline. **ACCORDINGLY, THE DEBTORS HAVE CANCELLED THE AUCTION AND THE DEBTORS WILL NOT CONDUCT AN AUCTION.**

PLEASE TAKE FURTHER NOTICE that the Confirmation Hearing is scheduled to be held on **July 15, 2020 at 10:00 a.m., prevailing Eastern time.** At the Confirmation Hearing, the Debtors will seek confirmation of the Plan and approval of the sale to the Stalking Horse Bidder.

PLEASE TAKE FURTHER NOTICE that a copy of the Plan, Bidding Procedures Order, and related sale pleadings can be viewed the Court's website at https://ecf.deb.uscourts.gov and on the website of the Debtors' proposed notice and claims agent, Omni Agent Solutions, at https://cases.omniagentsolutions.com/SustainableRestaurant. Further information may be obtained by calling Omni Agent Solutions at: 866-989-3041 (toll-free; domestic) or 818-906-8300 (international) or emailing at SustainableInquiries@omniagnt.com.

| | |
|---|---|
| Dated: July 9, 2020<br>Wilmington, Delaware | */s/ Domenic E. Pacitti*<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>Domenic E. Pacitti (DE Bar No. 3989)<br>Michael W. Yurkewicz (DE Bar No. 4165)<br>Sally E. Veghte (DE Bar No. 4762)<br>919 N. Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone: (302) 426-1189<br>Facsimile: (302) 426-9193<br><br>-and-<br><br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>Morton R. Branzburg (*pro hac vice admission pending*)<br>1835 Market Street, 14th Floor<br>Philadelphia, Pennsylvania 19103<br>Telephone: (215) 569-2700<br>Facsimile: (215) 568-6603<br><br>*Proposed Attorneys for the Debtors* |